IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TEACHERS INSURANCE AND** | : | **CIVIL ACTION** |
| **ANNUITY ASSOCIATION** | : | |
| **OF AMERICA,** | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **DANA WINDER,** | : | No. 25-cv-4273 |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this **14th** day of **October 2025**, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 12), and having received no response from Defendant, it is hereby **ORDERED** that the Motion (ECF No. 12) is **GRANTED**, except with respect to pre-judgment interest, for the reasons set forth in the accompanying memorandum. Accordingly, default judgment is **ENTERED** against Defendant Dana Winder as follows:

1. Plaintiff Teachers Insurance and Annuity Association of America is awarded $201,945.36, and costs.

2. Plaintiff Teachers Insurance and Annuity Association of America is awarded post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**